FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAMAR REVIS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>KENNETH CLARK (Warden),<br><br>　　　　　Respondent. | Case No. CV 08-827-PSG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: 3/24/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE