JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAMAR REVIS,<br><br>      Petitioner,<br><br>vs.<br><br>KENNETH CLARK (Warden),<br><br>      Respondent. | Case No. CV 08-827-PSG (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 3/24/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE